BRIEF REPLY LETTER (Friday, August 6, 2021)

EVIDENCE (PARTICULARLY THE LAST 2 WEEKS) HAS GATHERED THAT IS INCRIMINATORY AS TO A WIDE SCOPE OF CRIMINAL RICO, CONSPIRACY, COLLUSION, WIRE FRAUD, MAIL FRAUD, BANKRUPTCY FRAUD, UNJUST ENRICHMENT AND AIDING AND ABETTING ALL OF THE ABOVE INCLUDING THEFT BY DECEPTION IN CONCERT WITH MULTIPLE PARTIES INCLUDING SENIOR NOTEHOLDERS, KIRKLAND AND ELLIS, MCDERMOTT & EMERY, BENESCH FIRM, NOW ALVAREZ & MARSHALL (THE CRO FIRM). THE W-2 EMPLOYEES OF THE U.S. GOVERNMENT INCLUDE COLLECTIVELY SUSPECTS AND PERSONS OF INTEREST AND INCLUDE: BENJAMIN HACKMAN, T. PATRICK TINKER, ANDREW VARA, CLIFFORD FLETCHER, DAVID CHARLES WEISS, CHRISTOPHER A. WRAY (LEFT 2 MESSAGES ON HIS 2 PERSONAL MOBILE PHONE NUMBERS), MADALYN HERRITY OR ALTERNATIVELY MADALYN BROOKE BONNES(MARTINSBURG, WV), MATTHEW HOMMES (MARTINSBURG, WV), SPECIAL AGENT CHARLES ANDREW NEAGLE ( OF BEAR,DE AS A TEMPORARY RESIDENT) AKA "CJ", SPECIAL AGENT THOMAS MATTHEW COYLE (SYKESVILLE, MD), SPECIAL AGENT MATTHEW R. NAGLE ( ELLICOTT CITY, MARYLAND), ROBERT MARSHALL HERRITY (GAINESVILLE, VA). THE COURT OFFICERS THAT WILL BE ACCUSED OF THE ABOVE AS WELL INCLUDE: JUDGE KAREN B. OWENS (WILMINGTON, DE), JUDGE BRENDAN LINEHAN SHANNON (WILMINGTON, DE), JUDGE CHRISTOPHER SONTCHI (HOCKESSIN, DE), CHARLES JULIAN BROWN (HOCKESSIN, DE), DAVID R. HURST ( WILMINGTON, DE), BRIAN GIORDANO (CHICAGO, IL), WILLIAM ARNAULT (CHICAGO, IL), FELICIA PERLMAN (HIGHLAND PARK, IL), MEGAN PREUSKER(CHICAGO, IL), NICOLE GREENBLATT (SANDS POINT, NY), STEVEN

SERAJADINNI ( LARCHMONT, NY).  LITERALLY, A PIECE OF CRUCIAL EVIDENCE HAS BEEN GATHERED EVERY SINGLE DAY FOR THE LAST WEEK. THIS IS BEING INVESTIGATED CURRENTLY BY THE FBI WITH THIS NEW REFERRAL. THERE ARE SIGNIFICANT AMOUNT OF OTHER INDIVIDUALS IN WHICH A FEDERAL SUBPOENA FOR FORMAL DEPOSITION AND TESTIMONY WILL BE INITIATED AND PREPARED. THERE WILL BE OVER 100 INDIVIDUALS THAT WILL RECEIVE A FEDERAL SUBPOENA. THERE WILL BE FEDERAL SUBPOENAS INITIATED AND PREPARED THAT WILL BE EVENTUALLY SENT TO THE THREE JUDGES: KAREN B. OWENS (SUDDENLY RECUSED HERSELF FROM THE CASE) , BRENDAN LINEHAN SHANNON, CHRISTOPHER SONTCHI (CHIEF STATUS HAS BEEN TRANSFERRED TO JUDGE SILVERSTEIN).

BRENDAN LINEHAN SHANNON KNOWS THAT HE NEEDS TO RECUSE HIMSELF FROM THIS CASE AND HE NEEDS TO RESIGN FROM THE FEDERAL BENCH. IN FACT, IF I AM CORRECT AS I USUALLY AM, HE WILL BE OFF THE FEDERAL BENCH NO LATER THAN THE FALL/WINTER 2022. HE WILL EITHER RESIGN FROM THE FEDERAL BENCH OR HE WILL BE IMPEACHED THROUGH THE SENATE JUDICIARY IMPEACHMENT PROCESS (ONE OF THE TWO WILL OCCUR). I AM GOING TO REFER THIS CASE TO SENATE JUDICIARY COMMITTEE (AND HOUSE JUDICIARY COMMITTEE) BY NEXT WEEK WITH A 200+ PAGE DOCUMENT(NOT INCLUDING EVIDENCIARY EXHIBITS). FOLKS, THIS IS THE BIGGEST CORRUPTION BANKRUPTCY FRAUD CASE THAT ALSO INVOLVES HONEST SERVICES FRAUD (BY UST ATTYS AND FEDERAL BANKRUPTCY JURISTS) IN U.S. HISTORY. THIS IS SO DISGUSTING OF A CASE THAT INVOLVES SELECTIVE NON-PROSECUTION OF INDIVIDUALS WHO HAVE RESOURCES AND ACCESS TO OTHER INDIVIDUALS OF POWER AND ALSO A EGREGIOUS CONDUCT INVOLVING THEFT BY DECEPTION IN CONCERT ( I.E. CONSPIRACY) OF THE HIGHEST

ORDER (INVOLVING FEDERAL EMPLOYEES). THIS IS ALSO LINKED TO ANOTHER VERY BIG MULTIBILLION DOLLAR MEDICARE FRAUD CASE COMMITTED BY AT LEAST 10 INDIVIDUAL THAT WAS OVERSEEN BY A SENIOR DOJ ATTORNEY BRIAN BENCZKOWSKI (WHO REVOLVES EMPLOYMENT IN TIME PHASES BETWEEN KIRKLAND AND ELLIS AND THE DOJ). THAT CASE EMANATED FROM NORTHERN FLORIDA DISTRICT (AARON DURALL, PEREZ, SETH GUTERMAN AND MANY MORE INDICTED JUNE 2020 WHICH WAS CONCOMINANT CHRONOLOGICALLY WITH THIS BANKRUPTCY CASE). FOLKS THIS IS THE BIGGEST CASE OF BANKRUPTCY FRAUD, MEDICARE FRAUD, HONEST SERVICES FRAUD IN U.S. HISTORY.

HOWEVER, I AM PRO SE CLAIMANT WITH AN "ALLOWED CLAIM" AS PER THE BANKRUPTCY CODE WITH GENUINE UNMISTAKABLE EVIDENCE THAT RES JUDICATA AND JUDICIAL ESTOPPEL MUST BE APPLIED BASED ON THE BANKRUPTCY CODE, COMMON LAW, AND CASE LAW.

THIS DEGREE OF PRIVATE INVESTIGATION AND LITIGATION ON MY OWN DIME AND MY OWN TIME HAS NEVER BEEN PURSUED TO THIS DEGREE IN U.S. HISTORY. PUTTING TOGETHER A 200 PAGE PLUS DOCUMENT WITH EXHIBITS IS A CHALLENGE IN ITSELF AND EVER SO MUCH WHEN THE STORY IS CONTINUALLY DYNAMIC AND A MOVING PIECE. PLEASE HAVE PATIENCE WITH THIS PROCESS AS THE MOTION FOR REVOCATION OF THE CONFIRMATION ORDER HAS BEEN DEMONSTRATED ALREADY (AT THE SUMMARY STAGE LEVEL BUT NOT AT THE LEVEL OF FINAL PROSECUTION) BASED OFF OF CONCRETE EVIDENCIARY EXHIBITS THAT HAVE BEEN PROFERRED BY ME THROUGHTOUT BOTH THE LEAD CASE (BLS 20-10766) AND THE ADVERSARY PROCEEDING CASE (20-51053). WITH THIS UPCOMING 200+ PAGE DOCUMENT THERE WILL BE

EVIDENCE AND STATEMENT THAT WILL CRYSTALLIZE THAT THIS PETITION FOR REORGANIZATION VIA CHAPTER 11 WAS PROCURED UNDER FRAUDULENT PRETENSES (PROVING ACTUAL INTENT, BADGES OF FRAUD AND SCIENTER) THROUGH AND THOUGH THE COURSE OF THIS PROCEEDINGS OF THIS CASE (AND THE LEVEL ATTAINED AT THIS POINT WILL BE A FEDERAL AFFIRMATIE PROSECUTION FOR CASE TO BE "REVOCABLE" BY THE EVIDENCE PROFERRED. IN OTHER WORDS AS OF NOW MY SHOWING ALREADY HAS DEFEATED THE SUMMARY DISMISSAL STAGE (WHICH IS WHERE WE ARE AT NOW) AND OVERCOME THE CONVENTIONAL SUMMARY STAGE THRESHOLDS. HOWEVER, AFTER THIS 200+ DOCUMENT IT WILL BE AT THE AFFIRMATIVE PROSECUTORY STAGE OF FINALITY. I WANT TO BE EVERYBODY TO REMEMBER THIS WORD "REVOCABLE" AS THIS CASE WILL BE "REVOCABLE" AND THIS WORD REVOCABLE WILL FORESHADOW WHAT WILL OCCUR IN THE VERY VERY NEAR FUTURE. I HAVE SEEN THE LITIGATION TRUST AGREEMENT THAT HAS LEGAL COMPLIANCE DATE TO START AVOIDANCE LITIGATION BY SEPTEMBER 30, 2021. THIS DATE WAS SET BY ULTIMATELY THE SENIOR NOTEHOLDERS WHO ARE ON THE "ADVISORY BOARD" (REALLY SHOULD BE NAMED A GOVERNING MANAGEMENT BOARD BY THE SAME INDIVIDUALS WHO ARE PRINCIPALS OR EMPLOYEES OF GOLDENTREE OR DAVIDSON KEMPNER. I DO HAVE MY EYE ON THAT DATE OF SEPTEMBER 30, 2021 HOWEVER THAT IS A DATE SET BY THE SENIOR NOTEHOLDERS AS A SELF-ACCOUNTABILITY COMPLIANCE DATE. THAT DATE AND WHETHER IT WILL EXIST IN THE FUTURE WILL BE SUBJECT TO THE LITIGATION OF THIS CASE AND THE POWERS OF THE COURT GOVERNING THIS CASE (DELAWARE OR NORTHERN ILLINOIS). QUITE FRANKLY THE LITIGATION TRUST MAY BE ESSENTIALLY AND OPERATIVELY NON-EXISTENT DUE TO EVENTUAL SUBORDINATION OF PRIORITY (ALSO RECHARACTERIZATION OF DEBT AS AN EQUITY INTEREST)

IN TERMS OF THE PROCEEDS OF THE FRAUDULENT TRANSFER/AVOIDANCE LITIGATION FROM COMMUNITY HEALTH SYSTEM (CHS). THERE IS NO DOUBT IN MY MIND THAT THE INTERESTS THAT BELONG TO ALL SENIORNOTEHOLDERS WILL BE SUBORDINATED BELOW THE INTERESTS OF THE UNSECURED CREDITORS WHEN THIS EVIDENCE OF THE AFOREMENTIONED CONDUCT AND TRANGRESSIONS IS PRESENTED. FOLKS THIS CONDUCT IS SO DESPICABLE IN NATURE THAT THE AMERICAN PUBLIC WILL NEED TO KNOW COMPREHENSIVELY AND THAT PUNITIVE ACTIONS OF THE HIGHEST DEGREE ARE NEEDED TO SEND A MESSAGE TO ALTERNATIVE LENDERS (PRIVATE EQUITY )AND WALL STREET OF THIS INTOLERABLE BEHAVIOR OF MISAPPROPRIATING FUNDS AND OF COMMITING FRAUD AND THAT CORRUPTIONS AMONG BIG LAW AND COURT OFFICERS IS NOT TOLERATED.

AS FOR JUDGE BRENDAN LINEHAN SHANNON, HE NEEDS TO RECUSE HIMSELF FROM THIS CASE IMMEDIATELY AS HE KNOW THAT INDICATIONS OF RECUSAL IN RULE 455 (FRCP) HAVE BEEN MET. IN ADDITION ,HE IS NOW PART OF THE GROUP OF THE "ACCUSED" AND WILL BE RECEIVING A FEDERAL SUBPOENA WILL UNDER DEPOSITIONS AND DISCOVERY. THAT IN ITSELF IS AN INDICATION THAT HE NEEDS TO RECUSE HIMSELF FROM THE CASE.

JUDGE SHANNON GOT AWAY WITH CRIMINAL BEHAVIOR FROM 2008-2016 WITH SYNTAX-BRILLIAN CHAPTER 11 CASE. I HAVE SEVERAL WITNESSES ATTESTING TO THAT. PLEASE READ THE BOOK "THE SHEEP AND THE GUARDIANS"  BY AHMED AMR. THE LINK TO THIS BOOK IS:

https://www.amazon.com/Sheep-Guardians-Diary-Sanctioned-Swindle/dp/1426910312.

MULTIPLE CREDITORS SUFFERED BECAUSE OF JUDGE BRENDAN SHANNON (I ALWAYS GET HIS NAME CONFUSED WITH NHL GREAT BRENDAN SHANAHAN. MY APOLOGIES TO BRENDAN SHANAHAN AS YOU DO NOT WANT TO BE ASSOCIATED WITH THE VERY CORRUPT JUDGE BY THE NAME OF BRENDAN SHANNON). ACTUALLY JUDGE BRENDAN SHANNON IS A CRIMINAL NOT A JUDGE. JUDGE SHANNON COVERED UP A UNEQUIVOCALLY PROVED FRAUD THAT WAS PROVEN EARLY IN THAT CASE AND JUDGE SHANNON WHO REPRESENTED SILVERPOINT PRIVATE EQUITY BEFORE (AS A LAWYER IN YOUNG CONAWAY STARGATT) REFUSED TO RECUSE HIMSELF AS A PRESIDING FEDERAL BANKRUPTCY JUDGE IN THE SYNTAX-BRILLIAN CASE WHILE SILVERPOINT WAS ACTIVELY A PRIVATE EQUITY PURCHASER IN THE SYNTAN-BRILLAN CASE. MULTIPLE PEOPLE LOST THEIR LIFE SAVINGS AND AT LEAST ONE IF NOT MORE INDIVIDUALS COMMITTED SUICIDE DUE TO THEIR FINANCIAL LOSS BECAUSE THE JUDGE WAS ACTIVELY MANAGING AND COVERING UP THE BANKRUPTCY FRAUD.

I PROMISED MR. AHMED THAT I WILL MAKE SURE JUSTICE IS SERVED IN THIS CASE AS MY ADVERSARIES ONLY SAVIOR TO THIS CASE IS A CORRUPT JURIST. ONCE THE CORRUPT JURIST IS OUT OF THE EQUATION (VIA RECUSAL OR FURTHER LITIGATION), THIS BANKRUPTCY CASE IS AN OPEN AND SHUT CASE OF BANKRUPTCY FRAUD (THROUGH AND THROUGH).

THE DIFFICULT TASK REALLY IS NOT TO PROVE BANKRUPTCY FRAUD AT THIS POINT OF TIME TAKING INTO ACCOUNT ALL OF MY EVIDENCE COLLECTION. THE DIFFICULT TASK IS WHAT ARE THE REMEDIES THAT ARE IMPLEMENTED TO ACHIEVE EQUITY AND JUSTICE IN THIS CASE. NOW

THAT TASK IS THE DIFFICULT CHALLENGE TO TAKE ON (WHICH I PLAN ON USING THE WHOLE WEEKEND TO COME UP WITH A SOLUTION). YOU SEE I AM NOT WORRIED ONE IOTA ABOUT SURVIVING THE CONSIDERATION OF SUMMARY STAGE DISMISSAL. IT HAS ALREADY DEFEATED THE 12(B) MOTIONS SUBMITTED BY THE SENIORNOTEHOLDERS AND DEBTORS. THE CHALLENGE IS NOT GETTING THE REVOCATION OF CONFIRMATION. THE CHALLENGE IS HOW THE PIE IS TO BE REDIVIDED. WITH THE UPCOMING 200+ PAGE DOCUMENT, YOU WILL SEE THAT I AM ALREADY AT THE PHASE OF WHERE A SUCCESSFUL PLAINTIFF WOULD BE AFTER COMPLETING DISCOVERY. HOWEVER, I PLAN OF 100+ SUBPOENAS AND DISCOVERY IN ADDITION WHICH WILL BRING EVEN MORE INCRIMINATORY EVIDENCE. REMEMBER THIS IS AN ADVERSARY PROCEEDING AND IS ESSENTIALLY DESTINED FOR A FULL TRIAL LIFESPAN INCLUDING DISCOVERY AND DEPOSITIONS. HENCE, IT IS NON-SENSICAL TO EVER GRANT A SUMMARY DISMISSAL BASED ON THESE MERE STATEMENTS ALONE. AN ADVERSARY PROCEEDING IS NOT A CONTESTED MATTER. AN ADVERSARY PROCEEDING IS MEANT TO BE SLOW BUT EFFICIENT SO THAT ALL THE FACTS ARE OBTAINED THROUGH DEPOSTIONS, E-DISCOVERY AND CONVENTIONAL DISCOVERY, ETC.

ONCE A BANKRUPTCY CASE GETS TO THIS POINT AND ENOUGH EVIDENCE HAS BEEN PRESENTED TO OVERCOME THE LOW THRESHOLD LEVEL NEEDED TO DEFEAT AT 12(B) MOTION THE BANKRUPTCY CASE THEN SLOWS DOWN SIGNIFICANTLY AND MORPHS INTO A TRADITIONAL LITIGATION TRIAL IN ITS PACE AND LIFESPAN TO WHAT YOU WOULD SEE IN AN ARTICLE III DISTRICT COURT THAT HANDLES PREDOMINANTLY MAINSTAY CIVIL LITIGATION CASES VIA A JURY TRIAL OR VIA A BENCH TRIAL BY A GENERALIST FEDERAL DISTRICT JUDGE.

FOLKS, DON'T TAKE MY WORD THAT THIS BANKRUPCY COURT IS CORRUPT. PLEASE READ WHAT ATTORNEY GENERAL JOHN ASHCROFT SAID IN 2007:

*"Bankruptcy court corruption is not just a matter of bankruptcy trustees in collusion with corrupt bankruptcy judges. The corruption is supported, and justice hindered by high ranking officials in the United States Trustee Program. The corruption has advanced to punishing any and all who mention the criminal acts of trustees and organized crime operating through the United States Bankruptcy Courts. As though greed is not enough, the trustees, in collusion with others, intentionally go forth to destroy lives. Exemptions provided by law are denied debtors. Cases are intentionally, and unreasonably kept open for years. Parties in cases are sanctioned to discourage them from pursuing justice. Contempt of court powers are misused to coerce litigants into agreeing with extortion demands. This does not ensure integrity and restore public confidence."*

*That was 2007 at the Hague in the Netherlands.*

*Trust me, I will not let this travesty of bankruptcy fraud ( now also as sidenote, possibly federal procurement fraud by tertiary bad actors) go unpunished. I will now proclaim formally via this submission of a self-imposed deadline for submission of this 200+ document and exhibits by Friday, August 13, 2021 by 11:59 PM EST (via Pacer CM/ECF). I AM ALSO DEMANDING AN ORAL EVIDENTIARY HEARING AS PART OF THE DUE PROCESS THAT IS CONSTITUTIONALLY ENTITLED TO ME AS A LITIGANT PARTY. I have injected a piece of levity to defray the very serious nature of this letter. The attempt at levity is at the bottom of the letter. Thank you.*

*Sincerely,*

*Rajeev Varma, M.D. ( J.D. AND SPECIAL AGENT-------JUST KIDDING)*